TEST

TEST

TEST

TEST